1054

No. 04–627. MARTINEZ v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–628. JAFFEE v. GOODWIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–629. RAHN, DIRECTOR, MISSOURI DEPARTMENT OF TRANSPORTATION, ET AL. v. ROBB ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–630. RULLAN, SECRETARY, PUERTO RICO DEPARTMENT OF HEALTH, ET AL. v. MORALES FELICIANO ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–632. KUAMOO ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–633. PRATT v. NELSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–634. PEABODY COAL CO. ET AL. v. NAVAJO NATION. C. A. 9th Cir. Certiorari denied.

No. 04–635. GABANSKI v. MACLEAN ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–636. FRIENDS OF FALUN GONG ET AL. v. PACIFIC CULTURE ENTERPRISE, INC., DBA CHINA PRESS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–639. ZEIDAN v. ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–640. 1690 COBB L. L. C., DBA WATERPIPE WORLD, ET AL. v. CITY OF MARIETTA, GEORGIA, ET AL. Super. Ct. Cobb County, Ga. Certiorari denied.

No. 04–642. DIPPIN' DOTS, INC. v. FROSTY BITES DISTRIBUTION, LLC. C. A. 11th Cir. Certiorari denied.

No. 04–643. BARNES v. ROZMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–644. BROOKS v. KINGSTON, ACTING WARDEN. C. A. 7th Cir. Certiorari denied.